

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 16-CV-21386**

BAYVIEW LOAN SERVICING, LLC,
DAVID ERTEL, BRIAN E. BOMSTEIN,
ANTONIO CHIMIENTI, MICHAEL B.
GUSS, ROBERT PONDOLFI, THOMAS
CARR, LAWRENCE A. HALPERN, TABAS,
FREEDMAN & SOLOFF, P.A., JOEL LLOYD
TABAS, GARY M. FREEDMAN, AND
STACY F. SOLOFF,

       Plaintiff,

vs.

RANDAL THOMAS ROSADO,

       Defendant.

_____/

## NOTICE OF FILING

COMES NOW the Defendant to file the following:

    IRS FORM 56 for All Fiduciaries (40 Pages)

    AFFIDAVIT OF NOTARY PRESENTMENT CERTIFICATION OF MAILING (1 Page)

                    Respectfully Submitted,

                    RANDAL THOMAS ROSADO *UCC 1-308*

                    Randal-Thomas: Rosado
                    Authorized Representative
                    UCC 1-308 All Rights Reserved
                    c/o 505 Beachland Blvd #132
                    Vero Beach, Florida [32963]
                    (561) 444-9179

# AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

State of _Florida_ )
County of _Palm Beach_ ) ss.

On this _2nd_ day of _June_, 20_16_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Randal-Thomas: Rosado appeared before me with the following documents listed below. I, the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number RE 643 673 283 US to Internal Revenue Service at 51 S.W. First Ave. Miami, FL 33130.

**LIST OF DOCUMENTS TO BE MALIED**

Form 56 Notice Concerning Fiduciary Relationships – 40 Pages

WITNESS my hand and official seal.

NOTARY PUBLIC                                    DATE   6-2-16                      (Seal)

AMANDA HALLIGAN
Commission # FF 959543
My Commission Expires
February 10, 2020

**LEGAL NOTICE** - The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 340 Royal Poinciana Way #317-141**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Palm Beach, Florida [33480]**

Fiduciary's name
**Randal-Thomas:Rosado, Attorney In Fact, Executor, Secured Party Creditor FL UCC-1 Finance Statement #▓▓▓▓**

Address of fiduciary (number, street, and room or suite no.)
**Care of: 505 Beachland Blvd #132 (Non-Domestic/Non-Assumpsit)**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Vero Beach, Florida near [32963] united States of America (not "United States")** | ( **561** ) **444-9179** |

| Part II | Authority |

**1** Authority for fiduciary relationship. Check applicable box:

**a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . **(2)** Date of death **September 29, 1991**

**b(1)** ☐ Court order appointing fiduciary . . . . . . . . . **(2)** Date (see instructions) . . . . . . . . . . . . . . . . .

**c** ☑ Valid trust instrument and amendments

**d** ☑ Other. Describe ▶ **Appointment of Executor; Administrator; Power of Attorny-in-fact, Beneficial Owner**

| Part III | Nature of Liability and Tax Notices |

**2** Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX** . . . . . . . . . .

**3** Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM** . . . . . . . . . . . . . .

**4** Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991** . . . . . . . . . . . . . . . . . . .

**5** If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑

**6** If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

| Part IV | Revocation or Termination of Notice |

### Section A—Total Revocation or Termination

**7** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☐ Other. Describe ▶

### Section B—Partial Revocation

**8a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐

**b** Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

**9** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                     Page **2**

| **Part V** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **WITHIN OR WITHOUT THE UNITED STATES** | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| | | | p.m. | |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| **Please Sign Here** | ▶ _signature_  _all rights reserved_ | | **Authorized Representative** | 6/3/16 |
|---|---|---|---|---|
| | Fiduciary's signature | | Title, if applicable | Date |

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▇▇▇▇▇▇ | ▇▇ ▇▇▇ ▇▇ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Jacob J. Lew d/b/a Secretary of the Treasury "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**U.S. Department of Treasury 1500 Pennsylvania Avenue NW**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Washington, DC 20220** | ( **202** ) **622-2000** |

### Part II  Authority

1  Authority for fiduciary relationship. Check applicable box:
  a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . (2) Date of death **September 29, 1991**
  b(1) ☐ Court order appointing fiduciary . . . . . . . . . . (2) Date (see instructions) ...................
  c   ☐ Valid trust instrument and amendments
  d   ☑ Other. Describe ▶ **Fiduciary Appointment of Debtor/Creditor**

### Part III  Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**
4  Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
  described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . ▶ ☑
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
  of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
  period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
  **CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
  **Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV  Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
  Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . ▶ ☐
  Reason for termination of fiduciary relationship. Check applicable box:
  a ☐ Court order revoking fiduciary authority
  b ☐ Certificate of dissolution or termination of a business entity
  c ☐ Other. Describe ▶

#### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
  the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ▶ ☐
  b  Specify to whom granted, date, and address, including ZIP code.
  ▶ ..................................................................

#### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
  specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
  ▶ **Melba Acosta Feba, C/O Department de Hacienda Secretary of the Treasury, San Juan, Puerto Rico 00902-4140**
  **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. of Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                                Page **2**

| **Part V** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **WITHIN OR WITHOUT THE UNITED STATES** | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | | Time | a.m. p.m. | Place of other proceedings |

| **Part VI** | **Signature** |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature   *all rights reserved*        Authorized Representative        Date 6/2/16

Title, if applicable

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ████████ | ██ : ██ : ████ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cioumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Denise Turner Roth d/b/a Administrator U.S. General Service Administration and/or successors & assigns-"NONIMEE TTE"**

Address of fiduciary (number, street, and room or suite no.)

**U.S. General Service Administration, 1800 F Street, NW**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Washington, D.C. 20405** | ( **202** )   **501-0800** |

## Part II   Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . .   **(2)** Date of death   **September 29, 1991**

**b(1)** ☐ Court order appointing fiduciary   .   .   .   .   .   .   .   .   .   .   **(2)** Date (see instructions) . . . . . . . . . . . . . . . . .

**c** ☐ Valid trust instrument and amendments

**d** ☑ Other. Describe ▶ **use SF/OF Series to settle and close the account leaving the beneficiary with a 0 tax liability** . . .

## Part III   Nature of Liability and Tax Notices

**2**   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

**3**   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM** . . . . . . . . . . .

**4**   Year(s) or period(s) (if estate tax, date of death) ▶  **date of death 09/29/1991** . . . . . . . . . . . . . . . . . . . . .

**5**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**6**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶  ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
**CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
**Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

## Part IV   Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a** ☐ Court order revoking fiduciary authority

**b** ☐ Certificate of dissolution or termination of a business entity

**c** ☑ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship   .   .   .   .   .   .   .   ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                          Page **2**

| Part V | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

| Part VI | Signature |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Fiduciary's signature   *all rights reserved*

Authorized Representative

Title, if applicable

Date   6/2/16

all rights reserved

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**     Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▇▇▇▇▇ | ▇▇▇▇▇ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**K Michael Moore d/b/a K MICHAEL MOORE, CHIEF UNITED STATES DISTRICT JUDGE "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Miami, FL 33128** | ( **305** ) **523-5100** |

**Part II**     Authority

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .    (2) Date of death   **September 29, 1991**

b(1) ☐ Court order appointing fiduciary . . . . . . . . .    (2) Date (see instructions) . . . . . . . . . . . . . . . . .

c   ☐ Valid trust instrument and amendments

d   ☒ Other. Describe ▶ **use 1040V OR ES to settle and close the account leaving the beneficiary with a 0 tax liability**

**Part III**     Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

4   Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶   ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable   **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

**Part IV**     Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☒ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.     Cat. No. 16375I     Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | Date proceeding initiated **04/18/2016** | |
| Address of court **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | Docket number of proceeding **CASE NO.: 16-CV-21386** | |

| City or town, state, and ZIP code **Miami, FL 33128** | Date **UNKNOWN** | Time | a.m. p.m. | Place of other proceedings **MIAMI DIVISION** |
|---|---|---|---|---|

| **Part VI** | **Signature** |
|---|---|

| **Please Sign Here** | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|

| ▶ *[signature]* all rights reserved | **Authorized Representative** | 6/2/16 |
|---|---|---|
| Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**  **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ███████ | ███████ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Steven M. Larimore d/b/a STEVEN M. LARIMORE, COURT ADMINISTRATOR/CLERK OF COURT "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Miami, FL 33128** | ( **305** )  **523-5100** |

**Part II**  **Authority**

1  Authority for fiduciary relationship. Check applicable box:

- a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . . (2) Date of death  **September 29, 1991**
- b(1) ☐ Court order appointing fiduciary . . . . . . . . . . (2) Date (see instructions) . . . . . . . . . . . . . . . .
- c ☐ Valid trust instrument and amendments
- d ☒ Other. Describe ▶ **use 1040V OR ES to settle and close the account leaving the beneficiary with a 0 tax liability**

**Part III**  **Nature of Liability and Tax Notices**

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

4  Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW
CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by
Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

**Part IV**  **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

- a ☐ Court order revoking fiduciary authority
- b ☐ Certificate of dissolution or termination of a business entity
- c ☒ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

b  Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US
JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.  Cat. No. 16375I  Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                    Page **2**

## Part V — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

## Part VI — Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Fiduciary's signature *all rights reserved*

Authorized Representative

Title, if applicable

Date  6/2/16

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▮▮▮ | ▮▮▮ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Don G. Lents; DON G. LENTS, ESQ. D/B/A ATTNY/PARTNER FOR BRYAN CAVE LLP; MO BAR 25775"NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**1166 Hampton Park Drive**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **St. Louis, MO 63117** | ( **314** ) **259 2000** |

## Part II — Authority

**1** Authority for fiduciary relationship. Check applicable box:

- **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . . **(2)** Date of death ▶ **September 29, 1991**
- **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . . . . . **(2)** Date (see instructions) . . . . . . . . . . . . . . .
- **c** ☐ Valid trust instrument and amendments
- **d** ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

## Part III — Nature of Liability and Tax Notices

**2** Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

**3** Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

**4** Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

**5** If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . ▶ ☐

**6** If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23: Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐ Reason for termination of fiduciary relationship. Check applicable box:

- **a** ☐ Court order revoking fiduciary authority
- **b** ☐ Certificate of dissolution or termination of a business entity
- **c** ☑ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

**8a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

**b** Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

**9** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitute Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)

Page **2**

| **Part V** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | 04/18/2016 |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | UNKNOWN | | p.m. | **MIAMI DIVISION** |

| **Part VI** | **Signature** |

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

_[signature]_ *all rights reserved*   **Authorized Representative**   6/2/16

Fiduciary's signature     Title, if applicable     Date

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Tania Cruz; TANIA CRUZ, ESQ. D/B/A ATTORNEY FOR BRYAN CAVE LLP; FBN 899151  "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**200 S BISCAYNE BLVD. SUITE 400**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **MIAMI, FL 33131-2302** | ( **786** ) **322-7375** |

### Part II    Authority

1  Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .  (2) Date of death **September 29, 1991**
b(1) ☐ Court order appointing fiduciary  . . . . . . . . . .  (2) Date (see instructions) ..................
c   ☐ Valid trust instrument and amendments
d   ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

### Part III    Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**
4  Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
   described on lines 2, 3, and 4, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
   of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
   period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
   **CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
   **Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV    Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
   Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
a   ☐ Court order revoking fiduciary authority
b   ☐ Certificate of dissolution or termination of a business entity
c   ☑ Other. Describe ▶ **failure to perform the will of the decedent**

#### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
    the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  .  .  .  .  .  .  ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
    ▶ ................................................................................

#### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
   specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  .  .  .  .  .  .  .  .  .  ▶ ☐
   ▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
   **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. of Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                     Page **2**

| **Part V** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

| **Part VI** | **Signature** |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Fiduciary's signature _____    Authorized Representative _____   Title, if applicable    Date 6/3/16

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I     Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | | |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**PEDRO J. MARTINEZ-FRAGA, ESQ. D/B/A ATTORNEY FOR BRYAN CAVE LLP; D.C. BAR NO. 426309 "NOMINEE TRUSTEE**

Address of fiduciary (number, street, and room or suite no.)

**1155 F STREET**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **WASHINGTON, DC 20004** | ( **202** )    **508-6000** |

## Part II     Authority

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . (2) Date of death **September 29, 1991**

b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . (2) Date (see instructions) . . . . . . . . . . . . . . . .

c    ☐ Valid trust instrument and amendments

d    ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

## Part III     Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

4   Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 STATES USA CONSTITUTION**

## Part IV     Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐ Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☑ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
    ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
    ▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
     **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.      Cat. No. 16375I      Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                      Page **2**

| Part V | Court and Administrative Proceedings |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

| Part VI | Signature |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here**

_Fiduciary's signature_     *all rights reserved*     Authorized Representative     6/2/16

Title, if applicable     Date

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▮▮▮▮▮ | ▮▮▮▮▮ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Alec W. Farr; ALEC W. FARR, ESQ. D/B/A ATTORNEY FOR BRYAN CAVE LLP; D.C. BAR NO.440046 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**1155 F STREET**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **WASHINGTON, DC 20004** | ( **202** )      **508-6000** |

### Part II    Authority

**1**    Authority for fiduciary relationship. Check applicable box:

**a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . .    **(2)** Date of death   **September 29, 1991**

**b(1)** ☐ Court order appointing fiduciary   . . . . . . . . . . .    **(2)** Date (see instructions) . . . . . . . . . . . . . . . .

**c**   ☐ Valid trust instrument and amendments

**d**   ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

### Part III    Nature of Liability and Tax Notices

**2**    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

**3**    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

**4**    Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

**5**    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**6**    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW
CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by
Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV    Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

**7**    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐ Court order revoking fiduciary authority

**b**   ☐ Certificate of dissolution or termination of a business entity

**c**   ☑ Other. Describe ▶ **failure to perform the will of the decedent**

#### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

**b**    Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

#### Section C—Substitute Fiduciary

**9**    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US
JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. of Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)

| Part V | Court and Administrative Proceedings | |
|---|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

| Part VI | Signature |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature   *all rights reserved*   Title, if applicable

Authorized Representative

Date   6/2/16

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I    Identification

Name of person for whom you are acting (as shown on the tax return)

**RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO**

Identifying number ▓▓▓▓▓

Decedent's social security no. ▓▓▓▓▓

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States" (District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**BAYVIEW LOAN SERVICING, LLC "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**4425 PONCE DE LEON BLVD FL 5**

City or town, state, and ZIP code

**CORAL GABLES, FL 33146**

Telephone number (optional)

( 800 )     457-5105

## Part II    Authority

1    Authority for fiduciary relationship. Check applicable box:

a(1) ☐  Will and codicils or court order appointing fiduciary . . . . . . . . . (2) Date of death  **September 29, 1991**

b(1) ☐  Court order appointing fiduciary . . . . . . . . . . . . . (2) Date (see instructions) ..................

c   ☐  Valid trust instrument and amendments

d   ☑  Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

## Part III    Nature of Liability and Tax Notices

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

3    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

4    Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

6    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW
CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by
Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

## Part IV    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a   ☐  Court order revoking fiduciary authority

b   ☐  Certificate of dissolution or termination of a business entity

c   ☑  Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ ...................................................................................................

### Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US
JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.     Cat. No. 16375I     Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                      Page **2**

| **Part V** | **Court and Administrative Proceedings** | |
|---|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | 04/18/2016 |
| Address of court | Docket number of proceeding |
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | UNKNOWN | | p.m. | **MIAMI DIVISION** |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature   *all rights reserved*            Title, if applicable

**Authorized Representative**

Date   6/2/16

Form **56** (Rev. 12-2007)

| Form **56** (Rev. December 2007) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | Identifying number | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**David Ertel D/B/A BAYVIEW FINANCIAL HOLDINGS, L.P. "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**16 Tahiti Beach Island Rd**

| City or town, state, and ZIP code **Coral Gables, Florida 33143-6540** | Telephone number (optional) ( **800** )      **457-5105** |
|---|---|

### Part II   Authority

1   Authority for fiduciary relationship. Check applicable box:
a(1) ☐  Will and codicils or court order appointing fiduciary . . . . . . . . .   (2) Date of death  **September 29, 1991**
b(1) ☐  Court order appointing fiduciary . . . . . . . . . . . . . .   (2) Date (see instructions) . . . . . . . . . . . . . . .
c    ☐  Valid trust instrument and amendments
d    ☑  Other. Describe ► **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability** . . . . . . .

### Part III   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ► **ALL THAT APPLY OR SPECIFIC TAX**
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ► **ALL THAT APPLY OR SPECIFIC FORM**
4   Year(s) or period(s) (if estate tax, date of death) ► **date of death 09/29/1991**
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . ► ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ► ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ► ☐
Reason for termination of fiduciary relationship. Check applicable box:
a   ☐  Court order revoking fiduciary authority
b   ☐  Certificate of dissolution or termination of a business entity
c   ☑  Other. Describe ► **failure to perform the will of the decedent**

#### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ► ☐
b   Specify to whom granted, date, and address, including ZIP code.
    ► . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ► ☐
    ► **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
    **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                                      Page **2**

## Part V    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| --- | --- | --- | --- | --- | --- |
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | | 04/18/2016 | | |
| Address of court | | | Docket number of proceeding | | |
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | | **CASE NO.: 16-CV-21386** | | |
| City or town, state, and ZIP code | Date | | Time | a.m. | Place of other proceedings |
| **Miami, FL 33128** | UNKNOWN | | | p.m. | **MIAMI DIVISION** |

## Part VI    Signature

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature _all right reserved_     Authorized Representative     Title, if applicable     Date 6/2/16

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ~~████████~~ | ~~████████~~ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Brian Eric Bomstein; BRIAN E. BOMSTEIN, ESQ. D/B/A ATTORNEY/CORP OFFICER  FBN: 813117 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**5030 Regency Isles Way**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Cooper City, Florida 33330** | ( **800** )   **457-5105** |

### Part II   Authority

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .   (2) Date of death **September 29, 1991**

b(1) ☐ Court order appointing fiduciary  .  .  .  .  .  .  .  .  .  .   (2) Date (see instructions) . . . . . . . . . . . . . . .

c   ☐ Valid trust instrument and amendments

d   ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

### Part III   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX** . . . . . . .

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM** . . . . . . . . . . . . . . .

4   Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991** . . . . . . . . . . . . . . . . . . . . . . . .

5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
described on lines 2, 3, and 4, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
**CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
**Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☑ Other. Describe ▶ **failure to perform the will of the decedent**

#### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  .  .  .  .  .  .  .  ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** | |
|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | Date proceeding initiated **04/18/2016** |
| Address of court **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | Docket number of proceeding **CASE NO.: 16-CV-21386** |
| City or town, state, and ZIP code **Miami, FL 33128** | Date **UNKNOWN** | Time      a.m.           p.m. | Place of other proceedings **MIAMI DIVISION** |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**    _____   **Authorized Representative**   6/2/16
Fiduciary's signature    *all rights reserved*   Title, if applicable   Date

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▓▓▓▓▓ | ▓▓▓▓▓ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Antonio Chiamenti; ANTONIO CHIAMENTI, ESQ. D/B/A ATTORNEY/CORP OFFICER  FBN: 186139 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**4089 Holly CT**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Weston FL 33331-3812** | ( 800 )  457-5105 |

**Part II**   Authority

1   Authority for fiduciary relationship. Check applicable box:
  a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . . (2) Date of death **September 29, 1991**
  b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . (2) Date (see instructions) ..................
  c ☐ Valid trust instrument and amendments
  d ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

**Part III**   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**
4   Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
   described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . ▶ ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
   of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
   period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
   **CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
   **Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

**Part IV**   Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
   Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
  a ☐ Court order revoking fiduciary authority
  b ☐ Certificate of dissolution or termination of a business entity
  c ☑ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
   the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
  b   Specify to whom granted, date, and address, including ZIP code.
   ▶ ..................................................................

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
   specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐
   ▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
   **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.        Cat. No. 16375I        Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | 04/18/2016 |

| Address of court | Docket number of proceeding |
|---|---|
| Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue | CASE NO.: 16-CV-21386 |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| Miami, FL 33128 | UNKNOWN | | p.m. | MIAMI DIVISION |

| **Part VI** | **Signature** |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| **Please Sign Here** | *[signature]* all rights reserved | Authorized Representative | 6/2/16 |
|---|---|---|---|
| | Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I** Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▓▓▓▓▓ | 1▓▓▓▓▓▓▓ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Robert Pondolfi; ROBERT PONDOLFI, ESQ. D/B/A ATTORNEY/CORPORATE OFFICER FBN: 206751 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**16404 Bridge End Rd., Apt. 1840**

| City or town, state, and ZIP code | Telephone number (optional) | |
|---|---|---|
| **Miami Lakes, FL -33014-6041** | ( **800** ) | **457-5105** |

**Part II** Authority

1  Authority for fiduciary relationship. Check applicable box:
  **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . (2) Date of death  **September 29, 1991**
  **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . (2) Date (see instructions) . . . . . . . . . . . . . . . . . .
  **c**  ☐ Valid trust instrument and amendments
  **d**  ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

**Part III** Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM** . . . . . . . . . . . . .
4  Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991** . . . . . . . . . . . . . . . . . .
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
  described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
  of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
  period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
  **CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
  **Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

**Part IV** Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
  Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
  Reason for termination of fiduciary relationship. Check applicable box:
  **a** ☐ Court order revoking fiduciary authority
  **b** ☐ Certificate of dissolution or termination of a business entity
  **c** ☑ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
  the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
  **b**  Specify to whom granted, date, and address, including ZIP code.
  ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
  specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . ▶ ☐
  ▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
  **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.      Cat. No. 16375I      Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | Date proceeding initiated **04/18/2016** | |
| Address of court **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | Docket number of proceeding **CASE NO.: 16-CV-21386** | |

| City or town, state, and ZIP code **Miami, FL 33128** | Date **UNKNOWN** | Time | a.m. p.m. | Place of other proceedings **MIAMI DIVISION** |
|---|---|---|---|---|

| **Part VI** | **Signature** |
|---|---|

| **Please Sign Here** | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|

_[signature]_   all right reserved

Fiduciary's signature                    Title, if applicable          **Authorized Representative**         6/3/16

                                                                                                      Date

Form **56** (Rev. 12-2007)

**Form 56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I   Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ~~████████~~ | ~~████████~~ |

Address of person for whom you are acting (number, street, and room or suite no.)
**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Michael B. Guss; MICHAEL B. GUSS, ESQ. D/B/A ATTORNEY/CORPORATE OFFICER FBN: 33815  "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**401 Ocean Dr Apt 918**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Miami Beach, FL 33139-6633** | ( **800** )   **457-5105** |

**Part II   Authority**

1   Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . (2) Date of death  **September 29, 1991**
b(1) ☐ Court order appointing fiduciary . . . . . . . . . . (2) Date (see instructions) ...................
c    ☐ Valid trust instrument and amendments
d    ☒ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**........

**Part III   Nature of Liability and Tax Notices**

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**.................
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**.....................
4   Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**..........................
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
    described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
    of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
    period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
    **CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
    **Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

**Part IV   Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
    Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
    Reason for termination of fiduciary relationship. Check applicable box:
a    ☐ Court order revoking fiduciary authority
b    ☐ Certificate of dissolution or termination of a business entity
c    ☒ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
    the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
    ▶ ...............................................................................

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
    specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
    ▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
    **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                      Page **2**

| **Part V** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

| **Part VI** | **Signature** |
|---|---|

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

_[signature]_   all rights reserved   **Authorized Representative**   6/2/16

Fiduciary's signature        Title, if applicable        Date

Form **56** (Rev. 12-2007)

| Form **56** (Rev. December 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br><br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
| --- | --- | --- |

**Part I**    Identification

| Name of person for whom you are acting (as shown on the tax return)<br>**RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | Identifying number<br>~~redacted~~ | Decedent's social security no.<br>~~redacted~~ |
| --- | --- | --- |

Address of person for whom you are acting (number, street, and room or suite no.)
*c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))*

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name
**Thomas F X Carr; THOMAS FX CARR, ESQ. D/B/A ATTORNEY/CORP OFFICER FBN: 969575 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)
**580 W 50TH Street**

| City or town, state, and ZIP code<br>**Miami Beach FL 33140** | Telephone number (optional)<br>( **800** )    **457-5105** |
| --- | --- |

**Part II**    Authority

1    Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . (2) Date of death **September 29, 1991**

b(1) ☐ Court order appointing fiduciary . . . . . . . . . . (2) Date (see instructions) . . . . . . . . . . . . . . . . . .

c    ☐ Valid trust instrument and amendments

d    ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

**Part III**    Nature of Liability and Tax Notices

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

3    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

4    Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

6    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW
CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by
Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

**Part IV**    Revocation or Termination of Notice

Section A—Total Revocation or Termination

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a    ☐ Court order revoking fiduciary authority

b    ☐ Certificate of dissolution or termination of a business entity

c    ☑ Other. Describe ▶ **failure to perform the will of the decedent**

Section B—Partial Revocation

8a    Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

b    Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Section C—Substitute Fiduciary

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US
JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.        Cat. No. 16375I        Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)

## Part V   Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

## Part VI   Signature

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature   *all rights reserved*

Authorized Representative          Title, if applicable          Date   6/3/16

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ~~███████~~ | ~~███████~~ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Lawrence A Halpern; LAWRENCE A HALPERN, ESQ. D/B/A ATTORNEY/CORP OFFICER FBN: 980498 "NOMINEE TRUSTEE**

Address of fiduciary (number, street, and room or suite no.)

**7347 NW 111 Way**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Parkland Florida 33076** | ( **800** ) **457-5105** |

### Part II   Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .   **(2)** Date of death  **September 29, 1991**

**b(1)** ☐ Court order appointing fiduciary   . . . . . . . . . . . .   **(2)** Date (see instructions) . . . . . . . . . . . . . . . . . .

**c**   ☐ Valid trust instrument and amendments

**d**   ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

### Part III   Nature of Liability and Tax Notices

**2**   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

**3**   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

**4**   Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

**5**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**6**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or
period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
**CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
**Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐ Court order revoking fiduciary authority

**b**   ☐ Certificate of dissolution or termination of a business entity

**c**   ☑ Other. Describe ▶ **failure to perform the will of the decedent**

#### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

#### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                           Page **2**

## Part V    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
|---|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | **04/18/2016** |

| Address of court | | Docket number of proceeding |
|---|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time a.m. | Place of other proceedings |
|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | p.m. | **MIAMI DIVISION** |

## Part VI    Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| Fiduciary's signature | Authorized Representative | Date 6/2/16 |
|---|---|---|
| *all rights reserved* | Title, if applicable | |

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ███████ | ████████ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Stacey F. Soloff; STACEY F. SOLOFF, ESQ. D/B/A ATTORNEY/SHAREHOLDER  FBN: 449814 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**340 Alexandra Circle**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Weston Florida 33326** | ( **305** )    **375-8171** |

### Part II    Authority

1   Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary  . . . . . . . . . (2) Date of death  **September 29, 1991**
b(1) ☐ Court order appointing fiduciary  . . . . . . . . . . . . (2) Date (see instructions) . . . . . . . . . . . . . . .
c   ☐ Valid trust instrument and amendments
d   ☑ Other. Describe  ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

### Part III    Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.)  ▶ **ALL THAT APPLY OR SPECIFIC TAX**
3   Federal tax form number (706, 1040, 1041, 1120, etc.)  ▶ **ALL THAT APPLY OR SPECIFIC FORM**
4   Year(s) or period(s) (if estate tax, date of death)  ▶  **date of death 09/29/1991**
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
    described on lines 2, 3, and 4, check here  . . . . . . . . . . . . . . . . . . . ▶ ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
    of the items described on lines 2, 3, and 4, check here ▶  ☐ and list the applicable federal tax form number and the year(s) or
    period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW**
    **CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by**
    **Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

### Part IV    Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
    Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . ▶ ☐
    Reason for termination of fiduciary relationship. Check applicable box:
a   ☐ Court order revoking fiduciary authority
b   ☐ Certificate of dissolution or termination of a business entity
c   ☑ Other. Describe  ▶ **failure to perform the will of the decedent**

#### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
    the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . . ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
    ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
    specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . . ▶ ☐
    ▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
    **JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)

Page **2**

## Part V — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | |
| --- | --- | --- | --- | --- | --- |
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | | **04/18/2016** | | |
| Address of court | | | Docket number of proceeding | | |
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | | **CASE NO.: 16-CV-21386** | | |
| City or town, state, and ZIP code | Date | | Time | a.m. | Place of other proceedings |
| **Miami, FL 33128** | **UNKNOWN** | | | p.m. | **MIAMI DIVISION** |

## Part VI — Signature

| | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
| --- | --- |
| **Please Sign Here** | Fiduciary's signature _all rights reserved_    Authorized Representative    6/2/16 |
| | Title, if applicable    Date |

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▬▬▬ | ▬▬▬ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Gary M. Freedman, GARRY M. FREEDMAN, ESQ. d/b/a ATTORNEY/SHAREHOLDER FBN: 727260  "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**14 Northeast First Avenue, Penthouse**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Miami, Florida 33132** | ( **305** )   **375-8171** |

## Part II   Authority

1  Authority for fiduciary relationship. Check applicable box:

a(1) ☐  Will and codicils or court order appointing fiduciary  . . . . . . . . .  (2) Date of death  **September 29, 1991**

b(1) ☐  Court order appointing fiduciary  . . . . . . . . . . . .  (2) Date (see instructions) ...................

c  ☐  Valid trust instrument and amendments

d  ☑  Other. Describe  ▶  **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

## Part III   Nature of Liability and Tax Notices

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.)  ▶  **ALL THAT APPLY OR SPECIFIC TAX**

3  Federal tax form number (706, 1040, 1041, 1120, etc.)  ▶  **ALL THAT APPLY OR SPECIFIC FORM**

4  Year(s) or period(s) (if estate tax, date of death)  ▶  **date of death 09/29/1991**

5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here  . . . . . . . . . . . . . . .  ▶  ☐

6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here  ▶  ☐  and list the applicable federal tax form number and the year(s) or period(s) applicable  **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

## Part IV   Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  ▶  ☐
Reason for termination of fiduciary relationship. Check applicable box:

a  ☐  Court order revoking fiduciary authority

b  ☐  Certificate of dissolution or termination of a business entity

c  ☑  Other. Describe  ▶  **failure to perform the will of the decedent**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . . .  ▶  ☐

b  Specify to whom granted, date, and address, including ZIP code.
▶ ...................................................................................................

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . .  ▶  ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                       Page **2**

| **Part V** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | **04/18/2016** |

| Address of court | Docket number of proceeding |
|---|---|
| **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | **CASE NO.: 16-CV-21386** |

| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|
| **Miami, FL 33128** | **UNKNOWN** | | p.m. | **MIAMI DIVISION** |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

| Fiduciary's signature | *all rights reserved* | Title, if applicable | Date  *6/2/16* |
|---|---|---|---|

|  | **Authorized Representative** |

Form **56** (Rev. 12-2007)

Form **56**
(Rev. December 2007)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |
|---|---|

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **RANDAL THOMAS ROSADO, TRUST d/b/a RANDAL THOMAS ROSADO** | ▰▰▰▰▰ | ▰▰▰▰▰ |

Address of person for whom you are acting (number, street, and room or suite no.)

**c/o 1111 Constitution Aven. N.W. (domicile of "public office" pursuant to Fed.R.Civil P.17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**Washington, District of Columbia 20224; "United States"(District of Cloumbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Fiduciary's name

**Joel Lloyd Tabas; JOEL LLOYD TABAS, ESQ. d/b/a ATTORNEY/SHAREHOLDER  FBN:516902 "NOMINEE TRUSTEE"**

Address of fiduciary (number, street, and room or suite no.)

**8925 Bay Drive**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Surfside, Florida 33154-3313** | **( 305 )  375-8171** |

| Part II | Authority |
|---|---|

**1** Authority for fiduciary relationship. Check applicable box:

- **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . **(2)** Date of death **September 29, 1991**
- **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . . . **(2)** Date (see instructions) . . . . . . . . . . . . . . . .
- **c** ☐ Valid trust instrument and amendments
- **d** ☑ Other. Describe ▶ **use 1040V or ES to settle and close the account leaving the beneficiary with a 0 tax liability**

| Part III | Nature of Liability and Tax Notices |
|---|---|

**2** Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ALL THAT APPLY OR SPECIFIC TAX**

**3** Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **ALL THAT APPLY OR SPECIFIC FORM**

**4** Year(s) or period(s) (if estate tax, date of death) ▶ **date of death 09/29/1991**

**5** If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . ▶ ☐

**6** If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable federal tax form number and the year(s) or period(s) applicable **IN ACCORDANCE TO PUBLIC LAW 73-1 STATE 48-1 STATUTES AT LARGE PUBLIC LAW CHAPTER 48, 48 STAT. 112 & in accordance with appointment act title 26 sect 23; Proclamation of Amnesty by Abraham Lincon 12.08.1863; ARTICLE XIII, 20 SECTIONS USA CONSTITUTION**

| Part IV | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

**7** Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐ Reason for termination of fiduciary relationship. Check applicable box:

- **a** ☐ Court order revoking fiduciary authority
- **b** ☐ Certificate of dissolution or termination of a business entity
- **c** ☑ Other. Describe ▶ **failure to perform the will of the decedent**

### Section B—Partial Revocation

**8a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

**b** Specify to whom granted, date, and address, including ZIP code.
▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### Section C—Substitute Fiduciary

**9** Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
▶ **JACOB LEW, C/O Department of the Treasury 1500 Pennsylvania Avenue, NW Washington, DC 20220 US**
**JOHN KOSKININ, C/O 1111 Constitution Avenue, N.W. Department of Treasury Washington, DC 20224 US**

For Paperwork Reduction Act and Privacy Act Notice, see back page.       Cat. No. 16375I       Form **56** (Rev. 12-2007)

Form 56 (Rev. 12-2007)                                                                                          Page **2**

| **Part V** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** | | Date proceeding initiated **04/18/2016** | |

| Address of court **Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue** | | Docket number of proceeding **CASE NO.: 16-CV-21386** | | |
|---|---|---|---|---|
| City or town, state, and ZIP code **Miami, FL 33128** | Date **UNKNOWN** | Time | a.m. p.m. | Place of other proceedings **MIAMI DIVISION** |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

Fiduciary's signature _all rights reserved_          **Authorized Representative**          Title, if applicable          Date 6/2/16

Form **56** (Rev. 12-2007)